AO 93 (Rev. 5/85) Search Warrant

5FM
8-5-08

# United States District Court

2008 AUG -7 PM 1:34

Southern DISTRICT OF California

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

| In the Matter of the Search of<br>(Name, address or brief description of person or property to be searched)<br>Express Mail Parcel #EH355201570US addressed to Mike Ramos 20 Frances Pl Keansburg N.J. 07734. The parcel had the return address information of Scott Brown 214 Holzapple Ln San Marcos C.A. 92026. | '08 MJ 2448<br><br>**SEARCH WARRANT**<br><br>CASE NUMBER: |
|---|---|

TO: Kelly E. Cain, Postal Inspector and any Authorized Officer of the United States

Affidavit(s) having been made before me by Kelly E. Cain (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Express Mail Parcel #EH355201570US addressed to Mike Ramos 20 Frances Pl Keansburg N.J. 07734. The parcel had the return address information of Scott Brown 214 Holzapple Ln San Marcos C.A. 92026 which is in the custody of the U. S. Postal Inspection Service.

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)

Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 8/15/2008 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established~~) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to (U. S. Judge or Magistrate) as required by law.

RBB

Date and Time Issued 8/5/2008 at 5:00 p.m. at San Diego, CA (City and State)

RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE
U.S. Magistrate Judge
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 8/5/08 | 08/05/08 AT 5:20 PM | UNITED STATES POSTAL SERVICE |

INVENTORY MADE IN THE PRESENCE OF

POSTAL INSPECTORS KELLY CAIN AND PHIL GARN

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

EXPRESS MAIL BOX

WHITE BOX WRAPPED WITH WHITE PAPER

WHITE PAPER

PLANT MATERIAL (SCENTED)

BROKEN PIECES OF TILE

(9) PLASTIC GROCERY TYPE BAGS

(2) PAPER BAGS

(7) PLASTIC BAGS OF MARIJUANA WEIGHING APPROXIMATELY 82.5 GRAMS

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] 8/7/2008

U.S. Judge or Magistrate Date